[No. 40016-2-II.  Division Two.  February 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY KEITH TROTTER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-00692-9, James J. Stonier, J., entered November 17, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 40421-4-II.  Division Two.  February 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY W. GEORGE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00420-2, Gordon Godfrey, J., entered March 11, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 59921-6-I.  Division One.  February 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-00103-7, Ira Uhrig, J., entered April 12, 2007. *Reversed* and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Ellington and Appelwick, JJ.

[No. 60335-3-I.  Division One.  February 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GURTES SINGH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-00986-2, Ira Uhrig, J., entered July 9, 2007. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Ellington, J.